PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number: 1:96CR05224-01 OWW** |
| ) | |
| KEITH WALTER THORNTON ) | |
| ) | |

On January 13, 1997, the above-named was placed on supervised release for a period of 5 years after being convicted of Armed Bank Robbery and Bank Robbery.  While on supervised release, the offender has complied with the rules and regulations of supervision.  He satisfied his special assessment, completed his drug testing and counseling requirements, remained arrest-free, and satisfied his $15,118 restitution obligation.  In addition, he has maintained full-time employment throughout his supervision period.  Therefore, it is  recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:      March 25, 2008
            Fresno, California


**REVIEWED BY:**      /s/ Bruce A. Vasquez
            **Bruce A. Vasquez
            Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   THORNTON, Keith**
**Docket Number:   1:96CR05224-01 OWW**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervision, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   April 9, 2008**                              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Rev. 03/2005
PROB35.MRG